**DISMISS and Opinion Filed September 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00263-CV

**BRIDGET BROWN PARSON, Appellant**
**V.**
**US BANK SELECT PORTFOLIO SERVICING, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-12319**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Evans
Opinion by Justice Evans

This is an appeal from the trial court's scheduling order. Because generally an appeal may only be taken from a final judgment and nothing before the Court reflected a final judgment had been signed, we questioned our jurisdiction over the appeal and directed appellant to file a letter brief addressing our concern. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Although we cautioned appellant that failure to comply within ten days could result in dismissal of the appeal without further notice, more than ten days have passed and appellant has not complied. *See* TEX. R. APP. P. 42.3(a),(c).

With nothing before us demonstrating our jurisdiction, we dismiss the appeal.

*See id.* 42.3(a),(c).

/David Evans/
DAVID EVANS
JUSTICE

200263F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

BRIDGET BROWN PARSON,
Appellant

No. 05-20-00263-CV     V.

US BANK SELECT PORTFOLIO
SERVICING, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-12319.
Opinion delivered by Justice Evans,
Justices Myers and Nowell
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this September 2, 2020.